FILED
2009 Nov-19  PM 02:46
U.S. DISTRICT COURT
N.D. OF ALABAMA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| DAVID CICERO PUCKETT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CASE NO.: |
| v. ) | |
| ) | CV-09-RRA-2222-E |
| UNITED STATES POSTAL SERVICE, ) | |
| ) | |
| Defendant. ) | |

**ORDER OF DISMISSAL**

In accordance with the memorandum opinion entered contemporaneously herewith, it is hereby ORDERED, ADJUDGED, and DECREED that this matter is DISMISSED, with prejudice, costs taxed as paid.

DONE and ORDERED this the 19th day of November 2009.

_____
INGE PRYTZ JOHNSON
U.S. DISTRICT JUDGE